GEORGE W. GALINGER, Respondent, *v.* OSCAR HAMMERSTEIN, Appellant.

Reported below, 22 App. Div. 629.

(Argued February 28, 1898; decided March 8, 1898.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 24, 1897, affirming a judgment in favor of plaintiff entered upon the report of a referee.

The motion was made upon the ground that no question is

presented for review by the Court of Appeals and that the judgment is not appealable.

*George W. Galinger* for motion.

*Wise & Lichtenstein* opposed.

Motion denied, with ten dollars costs.